FILED

DSY

2010 MAR 15  AM 11: 04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~NORTHERN~~ DISTRICT OF FLORIDA
MIDDLE  C.S  JACKSONVILLE DIVISION

COLYNN SNOW
(Plaintiff)

vs.                              CIVIL ACTION NO: _3:10-cv-229-4-25 ARK_

DUVAL COUNTY SHERIFF'S OFFICE;
R.T. FRASER; C. WALL; AND M.B. MCNAMEE
(Defendants)

## COMPLAINT FOR DAMAGES IN THE AMOUNT OF $1.5 MILLION DOLLARS

### False Arrest; False Imprisonment; and Malicious Prosecution

Comes now the Plaintiff in the above-styled case and files this his compliant for

Damages in the Amount of 1.5 Million Dollars for the following reasons:

**1**

On 08/16/2008 Duval County Sheriff 's, one Lt. C. Wall, Badge #5292;  Officer R.T.

Fraser Badge #7912; and officer M.B. McNamee Badge #6401, did with intent deprived

the Plaintiff of his liberties, by placing the Plaintiff under arrested without authority and

with Malice and Vicious intent to deprive the Plaintiff of his Constitutional Rights, in

accordance to the United States Title 18, § 241 Conspiracy against ones Rights is a

Federal Crime. Where a judicial officer(s) acts where he has no Authority, then he/she is

guilty of violation of their oath office and commits treason against this Country.

2

on 8/16/08 the plaintiff was walking down the side walk and  Officer Fraser #7912

commanded the Plaintiff to come to him, (for the purpose to detaining him for an alleged

traffic infraction), the Plaintiff was walking so how could he have a traffic infraction. The

Plaintiff then ask, what for? And walk toward officer Fraser #7912. Officer Fraser #7912,

stated after the Plaintiff stopped several feet in front of him, he notice that the Plaintiff

shirt was tucked in his pants and he saw the butt of the handle of a black automatic

firearm sticking out of the "front" of the Plaintiffs pocket. Officer Fraser #7912 stated

that he then drew out his firearm for his safety, and then commanded the Plaintiff to get

on the ground, officer Fraser #7912 stated that the Plaintiff refused, Officer Fraser #7912,

 again commanded the Plaintiff to get on the ground, officer Fraser #7912 stated again the

Plaintiff refused and stated I aint getting on the ground. Officer Fraser #7912 stated he

was physically close to  the Plaintiff and reached out and grabbed the firearm from the

Plaintiffs "waist band" I thought the firearm was in the Plaintiffs pocket. Officer Fraser

#7912 stated at that time Lt. C. Wall #5292 arrived on the scene and saw the Plaintiff

continuing to refuse to get on the ground. Lt. C. Wall #5292 then  hit the Plaintiff in the

head with a hard object from behind and the kicked the plaintiff in the rib's. Officer

 Fraser #7912 stated that the Plaintiff was taken to the ground by Lt. C. Wall #5292.

Officer M.B. McNamee #6401 arrived on the scene and told the Plaintiff that she was

going to read him his Miranda Rights, the Plaintiff was arrested for DUI; DL suspension;

operating a vehicle radio loud; Resisting officers without violence, (The Plaintiff was not

ever driving). and Carrying Concealed Firearm. One 12/18/09 all the above charges

2

where discharge, dismissed with Prejudice.

This 15th day of March, 2010

Respectfully Submitted:

*Colynn Snow*

Colynn Snow
C/O 5949 Broken Arrow Drive W
Jacksonville FL. 32244

## CERTIFICATE OF SERVICE

I hereby certify that I have served complete and correct copy(ies) of the foregoing

documents upon the parties listed below, by service through the U S Marshal service

upon approval of my application for form pupas affidavit.

This 15th day of March, 2010.

Respectfully Submitted:

*Colynn Snow*

Colynn Snow

## PARTIES SERVED:

Duval County Sheriff's Office
C. Wall; R. T. Fraser & M.B. McNamee
501 East Bay Street
Jacksonville, FL 32202-2975
(904) 630-6202