UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COLYNN SNOW,
    Plaintiff,

vs.                             CASE NO: 3:10-cv-00229

DUVAL COUNTY SHERIFF'S OFFICE;
R.T. FRASER; C. WALL; AND M.B. MCNAMEE

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel to request that this Honorable Court take notice of his appearance as trial counsel in the above styled case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2011 I electronically filed the foregoing with the Clerk of Court by using CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: William B. Burkett, City of Jacksonville, General Counsel's Office, St. James Building – Suite 480, 117 W. Duval Street, Jacksonville, Florida 32202.

Respectfully submitted,

/s/ Jerry Girley
Jerry Girley, Attorney at Law
Florida Bar No: 35771
THE GIRLEY LAW FIRM, P.A.
125 East Marks Street
Orlando, Florida 32803
Office: 407-540-9866
Fax:    407-540-9867